UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE APPLICATION OF CAROLINA
ANDRAUS LANE.

For an Order Pursuant to 28 U.S.C. § 1782 to
Conduct Discovery for Use in Foreign
Proceedings

------------------------------------------------------------X

22 Misc. 34 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Applicant has filed an ex parte application for an order pursuant to 28 U.S.C. § 1782 to conduct discovery in a foreign proceeding.  Applicant seeks evidence from Morgan Stanley, RBC Bank, Citigroup, Inc., Deutsche Bank AG, Safra Bank of New York and Fox Horan & Camerini LLP relating to two civil actions allegations brought against the Applicant's former husband and business partner Gilberto Miranda Batista in Brazil.  It is hereby

ORDERED that by **February 28, 2022**, Applicant shall serve Respondents and Batista with (1) the papers in support of the application and (2) this Order, and shall file proof of service.  It is further

ORDERED that responsive papers, if any, are due by **March 28, 2022**.  Reply papers, if any, are due by **April 11, 2022**.  Submissions shall not exceed six pages and shall otherwise comply with the Court's Individual Rules.

Dated:  February 7, 2022
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**