UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF CAROLINA ANDRAUS LANE

vs

Plaintiff

Defendant

COURT DATE & TIME: AT
INDEX #: 1:22-MC-00034
DATE FILED: 02/03/2022
Job #: 565438
Client File#

SHIRYAK, BOWMAN ANDERSONS GILL &
KADOCHNIKOV, LLP
80-02 KEW GARDENS RD STE 600
KEW GARDENS, NY 11415

CLIENT'S FILE NO.:

**AFFIDAVIT OF SERVICE UPON A CORPORATION**

STATE OF NEW YORK: COUNTY OF NASSAU ss:

I, ERIC RIVERA, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on 02/25/2022 at 11:40 AM at 885 THIRD AVENUE, 17TH FLOOR, NEW YORK, NY 10022, deponent served the within ORDER WITH EXHIBITS

by personally delivering to and leaving with "JANE DOE" for FOX HORAN & CAMERINI LLP, a true copy thereof, and that deponent knew the person so served to be the AUTHORIZED PARTY /Managing Agent and stated (s)he was authorized to accept legal papers for the corporation.

Said documents were conformed with index number and date of filing endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 36 - 50 Yrs., **Approx Weight**: 161-200 Lbs., **Approx Height**: 5' 9" - 6' 0", **Sex**: Female, **Approx Skin**: Brown, **Approx Hair**: Brown

Sworn to before me on 02/28/2022
JEFFREY WITTENBERG  #01WI4906457
Notary Public State of New York
Nassau County, Commission Expires 8/22/22

SUPREME JUDICIAL SERVICES, INC. 371 MERRICK ROAD - ROCKVILLE CENTRE, N.Y. 11570 LIC# 1092373

ERIC RIVERA
1212873