```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
  IN RE APPLICATION OF CAROLINA                               :
  ANDRAUS LANE.                                               :
                                                              :    22 Misc. 34 (LGS)
                                                              :
  For an Order Pursuant to 28 U.S.C. § 1782 to                :
  Conduct Discovery for Use in Foreign                        :         ORDER
  Proceedings                                                 :
                                                              X
-------------------------------------------------------------
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order issued January 23, 2023, directed the parties to file a joint status letter by January 27, 2023.

WHEREAS, no such letter was filed.  It is hereby

**ORDERED** that the parties shall file the required letter as soon as possible and no later than **January 31, 2023**.

Dated: January 30, 2023
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**