UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
IN RE APPLICATION OF CAROLINA
ANDRAUS LANE.

For an Order Pursuant to 28 U.S.C. § 1782 to
Conduct Discovery for Use in Foreign
Proceedings

------------------------------------------------------------X

22 Misc. 34 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 6, 2023, the parties filed a joint letter stating that they were not able to agree on the allocation of costs for production of responsive documents and that they were discussing entering a confidentiality order with respect to the documents to be produced. The parties subsequently filed letter motions regarding cost-shifting on February 17, 2023, and March 1, 2023.

WHEREAS, an Order issued April 18, 2023, denied the request for cost-shifting. It is hereby

**ORDERED** that, no later than **April 28, 2023,** the parties shall file a joint status letter stating that they have no remaining disputes in need of judicial resolution or alternatively, presenting any such disputes.

Dated: April 18, 2023
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE